```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE MIDDLE DISTRICT OF TENNESSEE
                            NASHVILLE DIVISION

SHERRY WALKER,                       )
                                     )
     Plaintiff,                      )
                                     )       No: 3:11-0505
          v.                         )       Judge Haynes/Bryant
                                     )
NOVARTIS PHARMACEUTICALS,            )
et al.,                              )
                                     )
     Defendants.                     )
```

### O R D E R

Counsel for the parties have requested that the initial case management conference previously scheduled before the undersigned on August 22, 2011, at 10:30 a.m. be moved to **August 23, 2011, at 10:30 a.m.** The request is **GRANTED**. The parties are reminded that a proposed case management order is due three (3) business days prior to August 23, 2011.

It is so **ORDERED**.

```
                                     s/ John S. Bryant
                                     JOHN S. BRYANT
                                     United States Magistrate Judge
```